UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-112-RHW-2 |
| Plaintiff, | |
| v. | ORDER GRANTING IN PART THE DEFENDANT'S MOTION TO RECONSIDER AND MODIFYING CONDITIONS OF RELEASE |
| ALLEN LINT, | |
| Defendant. | |

At the August 22, 2007, hearing on Defendant's Motion to Reconsider, Assistant U.S. Attorney Russell Smoot appeared for the United States. Defendant was present with Assistant Federal Defender Robert Fischer. Both sides argued. The United States withdrew its request for a *Nebbia* hearing.

The Defendant asks to be allowed to reside at the American Society of Medical Missionaries (in the residence of Arlene Steiner) in Priest River, Idaho. Ms. Steiner will transport Defendant to and from his court hearings and appointments.

The Defendant's Motion **(Ct. Rec. 43)** is **GRANTED in part** as follows:

1. Defendant shall post a $10,000 corporate surety bond, in lieu of the previously ordered $15,000 corporate surety bond.

2. Following approval in writing by Pretrial Services of the

ORDER GRANTING IN PART THE DEFENDANT'S MOTION
TO RECONSIDER AND MODIFYING CONDITIONS OF RELEASE - 1

Defendant's proposed residence (Arlene Steiner, American Society of Medical Missionaries), Defendant may be released.

    3.    Defendant may travel between Priest River, Idaho, and the Eastern District of Washington.

All other conditions in this court's Order of release filed July 31, 2007, shall remain.

**IT IS SO ORDERED.**

DATED August 23, 2007.

                              S/ CYNTHIA IMBROGNO
                           UNITED STATES MAGISTRATE JUDGE