UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-07-112-RHW-2 |
| Plaintiff, ) | |
| ) | ORDER GRANTING IN PART AND |
| v. ) | DENYING IN PART DEFENDANT'S |
| ) | MOTIONS AND MODIFYING |
| ALLEN LINT, ) | CONDITIONS OF RELEASE |
| ) | |
| Defendant. ) | |

At the January 9, 2008, hearing on Defendant's Motion to Modify and Amended Motion to Modify **(Ct. Recs. 85, 87)**, Defendant appeared with counsel Douglas D. Phelps; Assistant U.S. Attorney Russell Smoot represented the United States.

The court, having considered the proffers of Defendant and Plaintiff, finds Defendant has been in compliance with his conditions of release. The request to have the condition of electronic monitoring removed is **GRANTED**. Instead Defendant shall have a curfew of **7:00 p.m. to 6:00 a.m.** The request to remove the random urinalysis testing is **DENIED.**

All other conditions in this court's prior Orders (Ct. Recs. 21, 50) shall remain and shall constitute the conditions of Defendant's release.

**IT IS SO ORDERED.**

DATED January 10, 2008.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S
MOTIONS AND MODIFYING CONDITIONS OF RELEASE - 1