UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-07-0112-RHW-2 |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANT'S MOTION FOR AN ODER |
| v. | ) ) | MODIFYING CONDITIONS OF RELEASE |
| ALLEN LINT, | ) ) | |
| Defendant. | ) ) | |

On March 13, 2008, Defendant, by and through his counsel, Douglas D. Phelps, moved the Court for an order to modify Defendant's release conditions to allow Defendant to be discharged from his curfew of 7:00 p.m. to 6:00 a.m. on March 29, 2008 and March 30, 2008. (Ct. Rec. 126). Defendant requests an order allowing his travel to Outlook, Washington, on March 29, 2008 to March 30, 2008, to participate in and attend his brother's wedding. (Ct. Rec. 126).

The government, represented by Russell E. Smoot, objected to a permanent modification of the curfew, but deferred to the magistrate judge's judgment as to whether Defendant's conditions of pretrial release could be modified to allow Defendant to seek U.S. Probation approval to extend the curfew on any specific date and to allow Defendant to be released from the curfew on March 29, 2008 and March 30, 2008, to participate in his brother's wedding. (Ct. Rec. 128).

ORDER MODIFYING CONDITIONS OF RELEASE - 1

1     The Court, having reviewed the file, enters the following Order:

2     1. Defendant's motion to modify release conditions (**Ct. Rec. 126**) is **GRANTED.**

3     2. Defendant is discharged from the current court curfew and current pretrial residence on March 29, 2008, and March 30, 2008, for the purpose of traveling to Outlook, Washington, to participate in and attend his brother's wedding.

4     3. Following approval in writing by United States Pretrial Services, Defendant's conditions of pretrial release may be modified to permit the extension of his curfew on any specific date.

5     4. Except as set forth herein, all remaining provisions of the Court's July 31, 2007 order setting conditions of release (Ct. Rec. 21), August 23, 2007 order modifying conditions of release (Ct. Rec. 50), and January 10, 2008 order modifying conditions of release (Ct. Rec. 89) shall remain and shall constitute the conditions of Defendant's release.

**IT IS SO ORDERED.**

DATED this __24th__ day of March, 2008.

                      *S/James P. Hutton*
                      JAMES P. HUTTON
           UNITED STATES MAGISTRATE JUDGE